

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, May 27, 2015

No. 04-14-00809-CR

Ex Parte George **GARCIA**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

Keith E. Hottle
Clerk of Court